UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
    Kenneth Fredericks

                                  09 Civ. 5292 (AKH)

                Plaintiff,

                                  **ORDER**

    -against-

    Michael J. Astrue,
    Commissioner of Social Security

                Defendant.
-------------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

       The Commissioner of Social Security is directed to file a certified copy of the transcript of the administrative record in this matter with the Court.

       Counsel for both sides, or plaintiff proceeding pro se, are hereby ordered to submit a motion and/or cross-motion for judgment on the pleadings according to the following schedule:

          (1)    All motions shall be fully submitted by October 30, 2009.

          (2)    Opposition papers shall be fully submitted by November 30, 2009

          (3)    Reply papers shall be fully submitted by December 15, 2009.

Interim deadlines may be established, and amended, by the parties without Court intervention

provided that the deadlines set forth above remain unchanged.

       So Ordered.

Dated:    New York, New York
            September 24, 2009

                                        ALVIN K. HELLERSTEIN, U.S.D.J.